476 A.2d 96

Staples, Appellant, v. Harford Ins. Co.

Submitted March 27, 1984. Ronald J. Mishkin, for appellant; Barbara L. Hollenbach, for appellee.

Before BROSKY, WIEAND and McEWEN, JJ.

The order of the learned Pike County President Judge Harold A. Thomson, Jr. is affirmed.